UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>BEHMER, LLC, et al.,<br><br>        Defendants. | Case No. 18-cv-07252-WHO<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 14 |

On February 4, 2019, the Court was notified that the parties have settled. IT IS SO ORDERED that this matter is DISMISSED WITH PREJUDICE and the scheduled trial and pre-trial dates are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: February 5, 2019

William H. Orrick
United States District Judge